CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/24/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| LUKE W.,[1]<br><br>                               *Plaintiff*,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                            *Defendant*. | CASE NO. 6:19-cv-58<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The parties have filed cross motions for summary judgment, Dkts. 13, 15, which I referred to Magistrate Judge Robert S. Ballou ("Magistrate Judge") for proposed findings of fact and a recommended disposition. In his Report and Recommendation ("R&R"), the Magistrate Judge determined that the Commissioner's final decision was supported by substantial evidence and advised this Court to deny Luke's motion and grant the Commissioner's motion. Dkt. 19. Luke timely filed his objections, Dkt. 20. After a review of the record in this case and pursuant to this Order's accompanying Memorandum Opinion, I adopt the R&R in its entirety.

Accordingly:

1. The R&R of February 3, 2021, Dkt. 19, is hereby **ADOPTED** in its entirety;

2. Luke W.'s objections to the R&R, Dkt. 20, are **OVERRULED**;

3. Luke W.'s Motion for Summary Judgment, Dkt. 13, is hereby **DENIED**; and

4. Commissioner's Motion for Summary Judgment, Dkt. 15, is hereby **GRANTED**.

---

[1] This Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

The Clerk of the Court is **DIRECTED** to **DISMISS** this case from the Court's active docket and to send copies of the accompanying Memorandum Opinion and this Order to all counsel of record and to Magistrate Judge Robert S. Ballou

It is so **ORDERED**.

Entered this  24th   day of March, 2021.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE